UNITED STATES BANKRUPTCY COURT

<u>EASTERN</u> District of <u>PENNSYLVANIA</u>

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| <u>DELORES K. NOBLES DANIELS</u> | ) | Case No. 13-16165 |
| Debtor | ) | |

<u>ORDER</u>

**AND NOW,** upon consideration of the Motion for Protective Order Pursuant to 11 U.S.C. § 107(c), Fed. R. Bankr. P. 9037(d) and L.R. 9014-2(a)(13) and the Court concluding that the subject Personal Data Identifier or other Sensitive Information file without redaction in this case fails to comply with Fed. R. Bankr. 9037;

It is therefore **ORDERED** that:

1. The Clerk shall prohibit public access forthwith of the following Documents: Document No. 1 Schedule D, Schedule F, and Attachment #2, Document No. 4 and Document No. 5.
2. Counsel shall file redacted copies of the documents identified in Paragraph 1 above on or before <u>May 23, 2014</u>.

Date: 5/9/14

_____
JEAN K FITZSIMON
U.S. BANKRUPTCY JUDGE