B 6F (Official Form 6F) (12/07)

In re __Delores K Nobles Daniels__,                                 Case No. __13-16165__
                 Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4_____5315<br><br>Bank Of America<br>P.O. Box 982238<br>El Paso, TX. 79998 | | | 09/16/02<br>Credit Card | | | | 5,130.00 |
| ACCOUNT NO. _____1381<br><br>Bank of America<br>P.O. BOX 982238<br>El Paso, TX. 79998 | | | 09/16/02<br>Credit Card | | | | 2,863.00 |
| ACCOUNT NO. _____7048<br><br>Capital One Bank USA NA<br>P.O. Box 30281<br>Salt Lake City, UT. 84130 | | | 05/13/96<br>Credit Card | | | | 1,439.00 |
| ACCOUNT NO. _____0628<br><br>Dell Financial Services<br>1 Dell Wway PS2DF-22<br>Round Rock, TX. 78662 | | | 10/27/2008<br>Charge Account | | | | 1,860.00 |

__4__ continuation sheets attached

Subtotal▶  $  13,152.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Delores K Nobles Daniels , Case No. 13-16165
             Debtor                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ####8870<br>DSNB/MACYS<br>P.O. Box 8218<br>Mason, OH. 45040 | | | 10/01/87<br>Charge Account | | | | 2,275.00 |
| ACCOUNT NO. ####9782<br>DSNB/MACYS<br>P.O. Box 8218<br>Mason, OH. 45040 | | | 05/01/85<br>Charge Account | | | | 1,726.00 |
| ACCOUNT NO. ####2507<br>The Home Depot/CBNA<br>P.O. Box 6497<br>Sioux Falls, SD. 57117 | | | 03/11/02<br>Charge Account | | | | 4,437.00 |
| ACCOUNT NO. ####5340<br>TNB-VISA<br>P.O. Box 673<br>Minneapolis, MN. 55440 | | | 08/14/02<br>Credit Card | | | | 4,599.00 |
| ACCOUNT NO. ####9809<br>Verizon Pen<br>500 Technology Drive<br>Weldon Springs, MO. 63304 | | | 03/01/77<br>Utility Company | | | | 157.00 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 13,194.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Delores K. Noble Daniels                              Case No. 13-16165
           Debtor                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▓▓▓▓0501<br>WF Financial Cards<br>P.O. Box 14517<br>Des Moines, IA. 50306 | | | 02/11/08<br>Credit Card | | | | 5,438.00 |
| ACCOUNT NO. ▓8247<br>WFNNB/METRO STYLE<br>P.O. Box 182789<br>Columbus, OH. 43218 | | | 12/08/09<br>Charge Account | | | | 524.00 |
| ACCOUNT NO. ▓▓▓▓8844<br>WFNNB/ANN TAYLOR<br>P.O. Box 182789<br>Columbus, OH. 43218 | | | 05/22/08<br>Charge Account | | | | 2,131.00 |
| ACCOUNT NO. ▓4431<br>WFNNB/BRYLANE HOMES<br>P.O. Box 182789<br>Columbus, OH. 43218 | | | 08/26/05<br>Charge Account | | | | 864.00 |
| ACCOUNT NO. ▓9172<br>WFNNB/JESSICA LONDON<br>P.O. Box 43218<br>Columbus, OH. 43218 | | | 08/17/05<br>Charge Account | | | | 1,278.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 10,235.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Delores K. Nobles Daniels
         Debtor

Case No. 13-16165 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ████2366<br>WFNNB/LANE BRYANT<br>P.O. Box 182789<br>Columbus, OH. 43218 | | | 01/01/86<br>Charge Account | | | | 2,857.00 |
| ACCOUNT NO. 6604B<br>WFNNB/NYC & CO<br>P.O. Box 182789<br>Columbus, OH. 43218 | | | 09/01/87<br>Charge Account | | | | 2,633.00 |
| ACCOUNT NO. 3918<br>WFNNB/ROAMANS<br>P.O. Box 182789<br>Columbus, OH. 43218 | | | 10/01/88<br>Charge Account | | | | 2,227.00 |
| ACCOUNT NO. 7568<br>WFNNB/WOMAN WITHIN<br>P.O. Box 182789<br>Columbus, OH. 43218 | | | 10/26/08<br>Charge Account | | | | 1,298.00 |
| ACCOUNT NO. 5160<br>MIDLAND FUNDING LLC.<br>8875 Aero Dr. Ste. 200<br>San Diego, CA. 92123 | | | 06/08/10<br>Factoring Company Account | | | | 261.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 9,276.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Delores K. Nobles Daniels**,  Case No. **13-16165** (if known)
         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7▮▮▮▮0761<br>EXXONMOBIL/CITIBANK<br>P.O. Box 6497<br>Sioux Falls, SD. 57117 | | | 11/21/89<br>Credit Card | | | | 1,732.00 |
| ACCOUNT NO. 1▮▮▮▮2735<br>PSECU<br>P.O. Box 67013<br>Harrisburg, PA. 17106 | | | 12/12/79<br>Line of Credit | | | | 2,670.00 |
| ACCOUNT NO. 1▮▮▮▮2735<br>PSECU<br>P.O. Box 67013<br>Harrisburg, PA. 17106 | | | 01/27/88<br>Credit Card | | | | 3,386.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **4** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 7,788.00

Total ► $ 62,921.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)