UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Delores K. Nobles Daniels | : | |
| Debtor | : | Bankruptcy No. <u>13-16165</u> |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 27, 2015 a true and correct copy of the foregoing motion and proposed order was electronically filed and electronically mailed to:

ALTAIR OH XIII, LLC.

C/O WEINSTEIN AND RILEY,PS

2001 WESTERN AVENUE, STE.400

SEATTLE, WA 98121


Chapter 13 Standing Trustee

William C Miller, Esquire

P.O. Box 40119

Philadelphia, PA. 19106-0119


Office of the U.S. Trustee

Eastern District of Pennsylvania

833 Chestnut Street, Suite 500

Philadelphia, PA. 19107


Date: <u>January 27, 2015</u>                                                            /s/Tangie Marie Boston