**LOCAL BANKRUPTCY FORM 3007-1**

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Delores K. Nobles Daniels | : | |
| Debtor | : | Bankruptcy No. <u>13-16165</u> |

**AMENDED NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

<u>Delores K. Nobles Daniels</u>, Debtor, has filed an objection to the proof of claim you filed in the bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, Scheduled to be held  before the Honorable Jean K. FitzSimon on 03/11/15, at 9:30AM, in Courtroom #3, United States Bankruptcy Court Robert NC Nix  900 Market Street, Philadelphia, Pennsylvania, 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:<u>January 28, 2015</u>                                   <u>/s/Tangie Marie Boston</u>

                                                                           Attorney for Objector

                                                                           Tangie Marie Boston, Esquire

                                                                           7849 Temple Road

                                                                           Philadelphia, Pennsylvania 19150

                                                                           Tele. No.:  (267) 973-2985

                                                                           Fax No.:   (215) 548-1526